**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TAMMY KALGAARD,
Plaintiff,

v.

Civil No. 00-1174 (DWF/AJB)

HEYDE HOSPITALITY, INC.,
PATRICK ADDERLEY,
Defendants.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

ERIN WHEELER,
Plaintiff,

v.

Civil No. 00-1555 (DWF/AJB)

HEYDE HOSPITALITY, INC.,
Defendant.

---

NATASHA OLSON,
Plaintiff,

v.

Civil No. 00-1556 (PAM/SRN)

HEYDE HOSPITALITY, INC.,
Defendant.

Case No. 00-1174 and Case No. 00-1555 having been assigned to Judge Donovan W. Frank and Case No. 00-1556 having later been assigned to Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 1556 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

Filed SEP 29 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: September 28th, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: September 29, 2000

PAUL A. MAGNUSON
Judge of United States District Court

Pursuant to an Order of Related Cases, this case is reassigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-1556 DWF/AJB

Usc this case number for all further filings.