**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

NATASHA OLSON, Civil No. 00-1556 DWF/AJB

Plaintiff,

v.

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

HEYDE HOSPITALITY, INC., ET AL.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by May 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before August 15, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s): expert identities shall be disclosed on or before November 1, 2000. Expert reports shall be disclosed on or before January 1, 2001.

   b. By Defendant(s): expert identities shall be disclosed on or before December 1, 2000. Expert reports shall be disclosed on or before February 1, 2001.

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by November 1, 2000.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by June 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by July 1, 2001. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on November 1, 2001, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses. Anticipated length of trial is 5 days.

Dated: 10/18/00

Arthur J. Boylan
United States Magistrate Judge