UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TAMMY KARLGAARD, Case No. 00-1174 DWF/AJB

Plaintiff,

v.

HEYDE HOSPITALITY, INC., ET AL.,

Defendants.

---

ERIN WHEELER, Case No. 00-1555 DWF/AJB

Plaintiff,

v.

HEYDE HOSPITALITY, INC., ET AL.,

Defendants.

---

NATASHA OLSON, Case No. 00-1556 DWF/AJB

Plaintiff,

v.

HEYDE HOSPITALITY, INC., ET AL.,

Defendants.

**NOTICE OF SETTLEMENT CONFERENCE**

A settlement conference will be held in all of the above captioned matters on **January 22, 2001, at 10:30 a.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full

FILED JAN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________

settlement discretion, shall be present.

Each attorney shall submit to the undersigned at least three days before the date of the settlement conference an updated confidential letter setting forth the parties' respective settlement positions.

Dated: 1/8/01

ARTHUR J. BOYLAN
United States Magistrate Judge