**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Natasha Olson,

Plaintiff,

v.

Heyde Hospitality, Inc., d/b/a
Park Inn and Suites, a Wisconsin
Corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 00-1556 DWF/AJB

---

A settlement agreement having been reached, it is herby stipulated and agreed by and between the parties to the above entitled matter, through their respective undersigned counsel, that the same may be and hereby is:

DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further cost to any party.

NICHOLS, KASTER & ANDERSON, PLLP

Dated: 2-27-02

By ______________________
Donald H. Nichols, (#78918)
Steven Andrew Smith (#260836)
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Attorneys for Plaintiff Natasha Olson

MAR 01 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

GREENE ESPEL, PLLP

Dated: 2-27-02

By Jacqueline A. Mrachek
Jacqueline A. Mrachek (#216434)
330 South 7th Street
Suite 1700
Minneapolis, MN 55402

Attorney for Defendant Heyde Hospitality, Inc., d/b/a Park Inn and Suites

**ORDER FOR DISMISSAL**

BASED UPON the Stipulation of the parties, the above-captioned matter is hereby DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further costs to any party.

Date: 3/1/02

DONOVAN W. FRANK
U.S. District Court Judge